IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DURECO KEONNE BROWN,
Inmate No. P47696,
    Plaintiff,

vs.                                       Case No.:  3:13cv632/MCR/EMT

R. COMERFORD, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  On August 28, 2014, this court entered an order giving Plaintiff thirty (30) days in which to file an amended complaint and submit a copy of his prisoner account statement (doc. 8).  Plaintiff failed to respond to the order; therefore, on October 6, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 11).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond to the order to show cause or otherwise respond.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 17th day of November 2014.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).