UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DURECO KEONNE BROWN,
Inmate No. P47696,

    Plaintiff,

v.                                     Case No.:  3:13cv632/MCR/EMT

R. COMERFORD, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 17, 2014.  (Doc. 12).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 24th day of December 2014.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**